IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEST MASTERS EDUCATIONAL SERVICES, INC., § § § *Plaintiff*, § § VS. § § § PHILADELPHIA INDEMNITY § INSURANCE COMPANY, § § *Defendant*. § | CASE NO. 4:17-cv-01820 (HON. SIM LAKE) |

### AGREED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Test Masters Educational Services,, Inc. ("Plaintiff") and Defendant Philadelphia Indemnity Insurance Company ("Defendant"), jointly stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have asserted against Defendant in this action, as such parties have agreed upon the settlement and compromise of all claims Plaintiff made against Defendant, and the court has approved such settlement and compromise. Each party has agreed to bear its own attorneys' fees and costs.

Dated: June 15, 2018

Respectfully submitted,

    */s/ Joseph D. Sibley*
Joseph D. Sibley
Texas Bar No. 24047203
CAMARA & SIBLEY LLP
4400 Post Oak Pkwy., Suite 700
Houston, Texas 77027
Telephone: 713-966-6789
Facsimile: 713-583-1131
Email: sibley@camarasibley.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
TEST MASTERS EDUCATIONAL SERVICES, INC.**

    */s/ William R. Pilat*
William R. Pilat
Texas Bar No. 00788205
S.D. Tex. Admission No. 18655
Email: wpilat@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056
Telephone: 713-425-7400
Facsimile: 713-425-7700
Email: wpilat@krcl.com

**ATTORNEY IN CHARGE FOR DEFENDANT
PHILADELPHIA INDEMNITY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2018, a true and correct copy of the foregoing *Agreed Joint Stipulation of Dismissal with Prejudice* was forwarded to all other counsel of record, as listed below, by electronic filing through the electronic case filing system for the United States District Court for the Southern District of Texas:

William R. Pilat
Kane Russell Coleman Logan PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056

                                                 */s/ Joseph D. Sibley*
                                                 Joseph D. Sibley