United States District Court
Southern District of Texas
**ENTERED**
June 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEST MASTERS EDUCATIONAL SERVICES, INC., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:17-cv-01820 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the Agreed Joint Stipulation of Dismissal with Prejudice (Document #20) filed in this case by the Plaintiff, Test Masters Educational Services, Inc. ("Plaintiff"), and the Defendant, Philadelphia Indemnity Insurance Company ("Defendant"), the Court is of the opinion that this case should be dismissed with prejudice. It is, therefore,

ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant in this action are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that each party will bear its own costs and attorneys' fees.

June 18, 2018
DATE

SIM LAKE
UNITED STATES DISTRICT JUDGE